THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFERY M. KINZLE,

        Petitioner,

  v.

PATRICK GLEBE,

        Respondent.

CASE NO. C14-0703-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to set a briefing schedule (Dkt. No. 54). The Court previously entered an order staying this case to allow Petitioner to exhaust his state remedies on certain claims asserted in his habeas petition. (Dkt. No. 52.) Petitioner has completed his litigation as those claims and asks the Court lift the stay and allow him to proceed with his petition. (Dkt. No. 54 at 1.) Given the recent developments in Petitioner's state proceedings, the Court finds it appropriate to LIFT the stay in the above-captioned case. This matter is hereby REFERRED to the Honorable James P. Donohue, United States Magistrate Judge, pursuant to this District's Amended General Order No. 01-15.

//

//

DATED this 18th day of May 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk

MINUTE ORDER
C14-0703-JCC
PAGE - 2