# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY M. KINZLE,<br><br>    Petitioner,<br><br>    v.<br><br>PATRICK R. GLEBE,<br><br>    Respondent. | Case No. C14-703-JCC-JPD<br><br>ORDER VACATING STAY AND GRANTING STIPULATED MOTION TO SET BRIEFING SCHEDULE |

This matter comes before the Court upon the parties' Stipulated Motion to Set Briefing Schedule in this 28 U.S.C. § 2254 habeas action. Dkt. 54. Specifically, on November 5, 2015, the Court stayed this action pending resolution of petitioner's unexhausted state claims. Dkt. 52. The parties have now informed the Court that petitioner has completed his litigation as to those claims, which ended with a May 2, 2018 order from the Washington Supreme Court denying his motion to modify the Deputy Commissioner's ruling. *Id*. Accordingly, the Court finds and ORDERS as follows:

    (1)    The stay entered by the Court on November 5, 2015, Dkt. 52, is VACATED.

    (2)    The Court GRANTS the parties' stipulated briefing schedule. Dkt. 54. Petitioner shall have 90 days from the date of this Order to file a brief setting forth his position on why his petition should be granted and any other matter he deems appropriate to raise. The

ORDER
PAGE - 1

State shall have 60 days from the date that petitioner files his brief to respond. Petitioner shall have 21 days from the date of the State's response to file his reply, if any.

(3) The Clerk of Court is directed to send copies of this Order to the petitioner, counsel for respondent, and the Honorable John C. Coughenour.

DATED this 31st day of May, 2018.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge