UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY M. KINZLE, <br><br>　　　　　　　　　Petitioner, <br><br>　　v. <br><br>MIKE OBENLAND, <br><br>　　　　　　　　　Respondent. | Case No. C14-703-JCC-JPD <br><br> ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO FILE THIRD AMENDED PETITION |

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for leave to file a third amended petition for writ of habeas corpus. (Dkt. 59.) Respondent has indicated he does not oppose petitioner's motion. (Dkt. 62.) The Court, having reviewed petitioner's motion, respondent's response thereto, and the balance of the record, hereby ORDERS as follows:

(1) Petitioner's motion for leave to file a third amended petition for writ of habeas corpus (Dkt. 59) is GRANTED.

(2) Respondent is directed to file and serve an answer to petitioner's third amended petition no later than *January 7, 2019*. As part of such answer, respondent shall state whether

ORDER GRANTING PETITIONER'S
MOTION FOR LEAVE TO FILE
THIRD AMENDED PETITION - 1

petitioner has exhausted available state remedies and whether an evidentiary hearing is necessary. The answer will be treated in accordance with LCR 7. Accordingly, on the face of the answer, respondent shall note it for consideration on the fourth Friday after filing. Petitioner may file and serve a response not later than the Monday immediately preceding the Friday designated for consideration of the matter, and respondent may file and serve a reply not later than the Friday designated for consideration of the matter.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 5th day of November, 2018.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR LEAVE TO FILE
THIRD AMENDED PETITION - 2