UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY M. KINZLE,<br><br>               Petitioner,<br><br>     v.<br><br>MIKE OBENLAND,<br><br>               Respondent. | Case No. C14-703-JCC-JPD<br><br>ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed under 28 U.S.C. § 2254. This matter comes before the Court at the present time on respondent's motion for an extension of time to file an answer to petitioner's third amended petition for writ of habeas corpus. Petitioner does not oppose the requested extension. The Court, having reviewed respondent's motion, and the balance of the record, hereby ORDERS as follows:

    (1)    Respondent's motion for an extension of time to file his answer to petitioner's third amended federal habeas petition (Dkt. 64) is GRANTED. Respondent is directed to file his answer not later than February 6, 2019.

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 1

(2) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 7th day of January, 2019.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S
MOTION FOR EXTENSION OF TIME - 2