UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY M. KINZLE,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>MIKE OBENLAND,<br><br>　　　　　　　　Respondent. | Case No. C14-703-JCC-JPD<br><br>ORDER GRANTING PETITIONER'S<br>MOTION FOR EXTENSION OF TIME |

This is a federal habeas action brought under 28 U.S.C. § 2254. This matter comes before the Court at the present time on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's third amended federal habeas petition. Petitioner represents to the Court that respondent does not oppose the requested extension. The Court, having considered petitioner's motion, and the balance of the record, hereby ORDERS as follows:

　　　(1)　Petitioner's unopposed motion for extension of time (Dkt. 68) is GRANTED. Petitioner is directed to file his response to respondent's answer not later than *April 15, 2019*.

(2) Respondent's answer (Dkt. 66) is RE-NOTED on the Court's calendar for consideration on *April 19, 2019*. Respondent shall file any reply brief in support of his answer by that date.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 14th day of February, 2019.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME - 2