1
2
3
4
5
6            UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
7                    AT SEATTLE

8    JEFFERY M. KINZLE,

9                          Petitioner,          Case No. C14-703-JCC-MLP

10         v.

11   MIKE OBENLAND,                             ORDER DIRECTING RESPONDENT TO
                                                FILE A REPLY TO PETITIONER'S
12                         Respondent.          RESPONSE

13

14         This is a federal habeas action brought under 28 U.S.C. § 2254. On September 25, 2018,

15   Petitioner, through counsel, filed a motion for leave to file a third amended petition under § 2254

16   together with a proposed third amended petition. (Dkt. ## 59, 60.) On November 5, 2018, the

17   Court granted Petitioner's motion for leave to file his third amended petition and directed

18   Respondent to file an answer thereto. (Dkt. # 63.) Respondent filed his answer on February 6,

19   2019 and, on April 15, 2019, Petitioner's counsel filed a reply brief in support of the petition.

20   (Dkt. ## 66, 71.) Petitioner's reply brief is properly construed as a response to Respondent's

21   answer. (*See* Dkt. # 63, ¶ 2.) While Respondent was provided an opportunity to file a reply brief

22   in support of his answer, he elected not to do so. The Court has now reviewed the briefing of the

23   ORDER DIRECTING RESPONDENT TO
     FILE A REPLY TO PETITIONER'S
     RESPONSE - 1

parties, and the balance of the record, and concludes that a reply brief from Respondent which addresses the arguments raised in Petitioner's response to Respondent's answer would aid the Court in its resolution of Petitioner's federal habeas claims.

Accordingly, the Court hereby ORDERS as follows:

(1)     Respondent shall file a reply brief which addresses the arguments set forth in Petitioner's response to Respondent's answer to Petitioner's third amended habeas petition not later than ***July 5, 2019***. Respondent's answer (Dkt. # 66) is RE-NOTED on the Court's calendar for consideration on that date.

(2)     The Clerk is directed to send copies of this Order to all counsel of record and to the Honorable John C. Coughenour.

DATED this 4th day of June, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DIRECTING RESPONDENT TO
FILE A REPLY TO PETITIONER'S
RESPONSE - 2