UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY M. KINZLE, | CASE NO. C14-0703-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| MIKE OBERLAND, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Petitioner's unopposed motion to extend the deadline to respond to the report and recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge (Dkt. No. 81). Having thoroughly considered the motion and the relevant record, and finding good cause, the Court hereby GRANTS the motion. Petitioner's objections to the report and recommendation shall be filed no later than March 9, 2020. The Clerk is DIRECTED to renote the report and recommendation to March 9, 2020.

DATED this 26th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk