THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY M. KINZLE, | CASE NO. C14-0703-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| MIKE OBENLAND, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Respondent's unopposed motion for an extension of time to file a response to Petitioner's objections (Dkt. No. 87). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Respondent shall file his response to Petitioner's objections no later than April 20, 2020.

DATED this 20th day of March 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C14-0703-JCC
PAGE - 1